USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALLA BUTLER,

                Plaintiff,

      -against-

THE ALL AMERICAN BAR ON FIRST
AVENUE, INC., et al.,

               Defendants.
------------------------------------------------------------X

21-CV-164 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

     Plaintiff filed this action on January 8, 2021, (Doc. 1), and filed affidavits of service on February 16, 2021, (Docs. 5–8). The deadline for Defendants to respond to Plaintiff's complaint was February 8, 2021. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 19, 2021. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 17, 2021
             New York, New York

*[signature]*
VERNON S. BRODERICK
United States District Judge