UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
ALLA BUTLER,

                     Plaintiff,

       -against-

THE ALL AMERICAN BAR ON FIRST
AVENUE, INC., et al.,

                    Defendants.
------------------------------------------------------- X

21-CV-164 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On April 9, 2021, in light of the parties' joint request that I adjourn Plaintiff's motion for default judgment, I ordered that, if Plaintiff believed there was any reason that I should not vacate the certificates of default at Documents 21–24, she should a submit a filing explaining her reasons on or before April 16, 2021.  (Doc. 34.)  Because I have received no such filing, and because Defendants are now responsive and engaging in settlement discussions with Plaintiff, it is hereby:

      ORDERED that Plaintiff's certificates of default, (Docs. 21–24), are hereby VACATED.

SO ORDERED.

Dated: April 19, 2021
      New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge