```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALLA BUTLER,                                                :
                                                            :
                          Plaintiff,                        :
                                                            :           21-cv-164 (VSB)
            -against-                                       :
                                                            :              **ORDER**
THE ALL AMERICAN BAR ON FIRST                               :
AVENUE INC., et al.,                                        :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      I held a status conference in this case on January 27, 2022. Per my directions at the conference, it is hereby:

      ORDERED that the parties shall meet and confer to identify the portions of the deposition testimony of Defendant Gerola relevant to Plaintiff's request to amend the complaint to add Louise Demarco and Claudine O'Rourke as defendants.

      IT IS FURTHER ORDERED that each party submit a letter on or before February 4, 2022 of not more than five (5) pages providing their positions on the Defendant Gerola deposition testimony and its impact on Plaintiff's request to amend the complaint.

      IT IS FURTHER ORDERED that the parties meet and confer on the status of discovery and indicate in that same letter whether they believe no further discovery is necessary or whether they have any outstanding discovery disputes and, to the extent there are any, identify those disputes.

      IT IS FURTHER ORDERED that the firm Fitapelli & Schaffer, LLP produce an unredacted copy of the final confidential settlement agreement reached in *Lana Mollere v. The*

*All American Bar on First Avenue Inc. et al*, 1:14-cv-07095-JGK for my in-camera review via email to my chambers inbox at BroderickNYSDChambers@nysd.uscourts.gov.

  IT IS FURTHER ORDERED that the parties serve a copy of this order upon Brian Scott Schaffer, Eric Joshua Gitig, or the appropriate contact at Fitapelli & Schaffer, LLP to fulfill the previous order.

  IT IS FURTHER ORDERED that the post-discovery conference currently scheduled for February 2, 2022 is adjourned *sine die*.

SO ORDERED.

Dated: January 27, 2022
   New York, New York

              Vernon S. Broderick
              United States District Judge