UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
ALLA BUTLER,                                           :
:
                          Plaintiff,                :        21-cv-164 (VSB)
:
        -against-                                  :
:        **ORDER**
THE ALL AMERICAN BAR ON FIRST                          :
AVENUE INC., et al.,                                   :
:
                         Defendants.                :
:
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the confidential settlement agreement in *Lana Mollere v. The All American Bar on First Avenue Inc. et al*, 1:14-cv-07095-JGK as well as the parties' individual letters regarding discovery status, Plaintiff's motion to amend the complaint, and Plaintiff's motion to compel the confidential settlement agreement. (Docs. 59–60.) It is hereby:

      ORDERED that Plaintiff's motion to amend the complaint is GRANTED. (Doc. 55.) Plaintiff is directed to file an amended complaint on or before February 22, 2022.

      IT IS FURTHER ORDERED that Plaintiff's request to obtain the confidential settlement agreement in *Lana Mollere v. The All American Bar on First Avenue Inc. et al*, 1:14-cv-07095-JGK is DENIED. (Doc. 55.)

      IT IS FURTHER ORDERED that the case shall be referred to the Magistrate Judge for general pretrial matters and the identified discovery disputes, and that the parties shall provide me with a joint status update concerning their discovery status and a revised Case Management Plan and Scheduling Order by March 31, 2022.

SO ORDERED.

Dated: February 7, 2022
      New York, New York

                                                Vernon S. Broderick
                                                United States District Judge