UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLA BUTLER and IAN HANNAH,

                        Plaintiffs,

-v-

THE ALL AMERICAN BAR ON FIRST AVENUE INC., 58 E. 34TH ST. WINGS LODGE INC., ROBERT J. GEROLA, JR., ROBERT O'ROURKE, CLAUDINE M. O'ROURKE, and LOUISE DEMARCO

                        Defendants.

CIVIL ACTION NO.: 21 Civ. 164 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At the status conference held today, March 16, 2022, Plaintiffs advised the Court of their intent to file a Second Amended Complaint ("SAC") in order to add a third Plaintiff (the "New Plaintiff") to this action. The parties also reported that the current Plaintiffs' depositions are scheduled for March 28, 2022, and that, after the New Plaintiff's deposition, no further discovery will be necessary. Accordingly, the Court orders as follows:

1. By **March 21, 2022**, Plaintiffs shall file the SAC, and effect prompt service pursuant to Fed. R. Civ. P. 4 on Defendants Claudine M. O'Rourke and Louise DeMarco (the "New Defendants");

2. By **April 11, 2022**, Defendants who have already appeared in this action shall answer or otherwise respond to the SAC;

3. The New Defendants shall respond to the SAC within 21 days after service, see Fed. R. Civ. P. 12(a)(1)(A)(i); and

4. By **April 1, 2022**, the parties shall file a joint letter confirming the completion of the current Plaintiffs' depositions and providing the date of the New Plaintiff's deposition. In light of their representation that discovery will be complete following the New Plaintiff's deposition, the parties do not need to file the status report or revised case management plan referenced in the Honorable Vernon S. Broderick's February 7, 2022 Order at ECF No. 61.

Dated:     New York, New York              SO ORDERED.
           March 16, 2022

_____
**SARAH L. CAVE**
**United States Magistrate Judge**