UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLA BUTLER, IAN HANNAH, and EDITH ZAGROD,<br><br>                       Plaintiffs,<br><br>-v-<br><br>THE ALL AMERICAN BAR ON FIRST AVENUE INC., 58 E. 34TH ST. WINGS LODGE INC., ROBERT J. GEROLA, JR., ROBERT O'ROURKE, CLAUDINE M. O'ROURKE, and LOUISE DEMARCO,<br><br>                       Defendants. | CIVIL ACTION NO.: 21 Civ. 164 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **June 10, 2022**, the parties shall file a joint letter reporting on the status of their settlement efforts.

Dated:       New York, New York
              June 8, 2022

                                                SO ORDERED.

                                             _/s/ Sarah L. Cave_
                                             **SARAH L. CAVE**
                                             **United States Magistrate Judge**